IN THE

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | C.A. No. 10-50585 |
| ) | D.C. No. CR 05-211-DDP |
| Plaintiff-Appellee, ) | (Cent. Dist. Cal.) |
| ) | |
| v. ) | GOVERNMENT'S UNOPPOSED |
| ) | REQUEST FOR JUDICIAL NOTICE |
| DILLON SHAREEF, ) | |
| also known as NURALDIN SHAREEF ) | |
| KARIM, ) | |
| also known as DILLON SHARIF, ) | |
| ) | |
| Defendant-Appellant. ) | |
| _____) | |

Plaintiff-Appellee United States of America hereby requests that this Court take judicial notice of the attached Bureau of Prisons credit computation for defendant-appellant Dillon Shareef, also known as Nuraldin Shareef Karim, also known as Dillon Sherif ("defendant").

This request is made pursuant to Federal Rules of Evidence 201(d) & (f) and 1101(a), Federal Rules of Appellate Procedure 2, 27, and 47(b), and Ninth Circuit Rule 27-1 and is based on the attached Memorandum of Points and Authorities, the attached

///

///

///

///

///

///

Declaration of Ellyn Marcus Lindsay, and the files and records in this case.

Defendant does not oppose this request.

DATED: August 26, 2011          Respectfully submitted,

                                ANDRÉ BIROTTE JR.
                                United States Attorney

                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division

                                  s/ Ellyn Marcus Lindsay
                                ELLYN MARCUS LINDSAY
                                Assistant United States Attorney
                                Major Frauds Section

**MEMORANDUM OF POINTS AND AUTHORITIES**

THIS COURT SHOULD TAKE JUDICIAL NOTICE OF THE BUREAU OF PRISONS CREDIT COMPUTATION FOR DEFENDANT

The government requests that this Court take judicial notice of the attached Bureau of Prisons credit computation for defendant.

1. <u>Judicial Notice Is Appropriate on Appeal</u>

This Court may take judicial notice of matters not included in the record if they "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Federal Rule of Evidence 201(b); <u>White v. Martel</u>, 601 F.3d 882, 885 (9th Cir. 2010) (taking judicial notice of state court records, state bar records, and a docket sheet); <u>United States v. Thornton</u>, 511 F3d 1221, 1229 n.5 (9th Cir. 2008) (taking judicial notice of a Bureau of Prisons policy statement). The Federal Rules of Evidence apply to this Court, <u>see</u> Fed. R. Evid. 1101(a), and they allow for judicial notice "at any stage of the proceeding." Fed. R. Evid. 201(f). In fact, courts are <u>required</u> to take judicial notice "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d). To this end, the taking of such notice at the appellate level is a recognized "exception[] to that general rule" that the record on appeal normally consists of those materials that were before the district court. <u>Reebok Int'l, Ltd. v. Marnatech Enterprises, Inc.</u>, 970 F.2d 552, 556 n.5

(9th Cir. 1992); see also Arkla Exploration Co. v. Texas Oil & Gas Corp., 734 F.2d 347, 361 n.22 (8th Cir. 1984) (even though document was "not part of the record on appeal, the Court is fully empowered to take judicial notice of it").

2.  Judicial Notice Is Warranted Here

At issue in this appeal is whether the district court erred in deferring to the Bureau of Prisons the computation of credits for time defendant served prior to sentencing. As explained further in the government's brief, the law is clear that the computation is to be done by the Bureau of Prisons and not the district court. But, in any event, the attached Bureau of Prisons Records make clear that the Bureau of Prisons has given defendant the credits he requests; thus defendant's argument is moot.

Because the Bureau of Prisons records "'have a direct relation to matters at issue,'" judicial notice is appropriate here. Robinson Rancheria Citizens Council, 971 F.2d 244, 248 (9th Cir. 1992). The government's request should be granted.

# DECLARATION OF ELLYN MARCUS LINDSAY

I, Ellyn Marcus Lindsay, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California assigned to the Major Frauds Section and prepared the government's answering brief in <u>United States v. Dillon Shareef, also known as Nuraldin Shareef Karim, also known as Dillon Sherif</u>, C.A. No. 10-50585.

2. I obtained the attached Bureau of Prisons computation of credits for defendant from Eliezer Ben-Shmuel, Supervisory Attorney for the Bureau of Prisons. This document shows the time credits that have been awarded to defendant by the Bureau of Prisons.

3. I provided this document to counsel for defendant on August 3, 2011. On August 17, 2011, he informed me that he does not oppose my motion for this Court to take judicial notice of this document.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 26th day of August 2011, in Los Angeles, California.

                                  s/ Ellyn Marcus Lindsay  
                                  ELLYN MARCUS LINDSAY  
                                  Assistant United States Attorney

```
LOSE9            *       PUBLIC INFORMATION        *     08-02-2011
PAGE 001         *          INMATE DATA            *     11:23:30
                         AS OF 08-02-2011

REGNO..: 57185-112 NAME: SHAREEF, DILLON

                    RESP OF: LOF
                    PHONE..: 805-736-4154    FAX: 805-736-1292
                                             RACE/SEX...: ASIAN/PAC.ISL. / MALE
                                             AGE: 50
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 05-01-2021                      PAR HEAR DT:




G0002      MORE PAGES TO FOLLOW . . .
```

```
LOSE9              *        PUBLIC INFORMATION        *    08-02-2011
PAGE 002           *            INMATE DATA           *    11:23:30
                            AS OF 08-02-2011

REGNO..: 57185-112 NAME: SHAREEF, DILLON

                   RESP OF: LOF
                   PHONE..: 805-736-4154    FAX: 805-736-1292
HOME DETENTION ELIGIBILITY DATE: 11-01-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-01-2021 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------


COURT OF JURISDICTION...........: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER...................: CR 05-00211 DDP
JUDGE...........................: PREGERSON
DATE SENTENCED/PROBATION IMPOSED: 11-22-2010
DATE COMMITTED..................: 01-26-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                    FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:     $300.00        $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT: $924,613.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------

OFFENSE CODE....:  150
OFF/CHG: 18:1341,2326 MAIL FRAUD, ENHANCED PENALTIES FOR TELEMARKETING
         FRAUD AGAINST THE ELDERLY; AIDING AND ABETTING AND CAUSING AN
         ACT TO BE DONE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    171 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 11-30-2000




G0002        MORE PAGES TO FOLLOW . . .
```

REGNO..: 57185-112 NAME: SHAREEF, DILLON

```
                  RESP OF: LOF
                  PHONE..: 805-736-4154   FAX: 805-736-1292
------------------------CURRENT COMPUTATION NO: 010 ------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 12-20-2010 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-05-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 11-22-2010
TOTAL TERM IN EFFECT............:   171 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    14 YEARS     3 MONTHS
EARLIEST DATE OF OFFENSE........: 11-30-2000

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   10-22-2001   10-23-2001
                                   12-02-2008   11-21-2010

TOTAL PRIOR CREDIT TIME.........: 722
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 670
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 05-01-2021
EXPIRATION FULL TERM DATE.......: 03-02-2023


PROJECTED SATISFACTION DATE.....: 05-01-2021
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

9th Circuit Case Number(s): 10-50585

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*******************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Aug 26, 2011.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format): s/ Tom Tanaka

*******************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format):